# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
### Eastern Division

Hightower Holding LLC

                Plaintiff,

v.                                      Case No.: 1:16–cv–08163

                                      Honorable James B. Zagel

Edward Friedman

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, September 22, 2016:

      MINUTE entry before the Honorable James B. Zagel: Motion hearing held. Plaintiff's Motion to Remand [10] is granted. The Clerk is directed to remand this case to the Circuit Court of Cook County, Illinois, County Department, Law Division. With respect to the compensation issue, that aspect is dismissed without prejudice with leave to reinstate. Civil case terminated. Mailed notice(ep, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.